```
Christopher P. Burke
NV Bar No. 4093
702 Plumas Street
Reno, NV 89509
(775) 333-9277
```

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK MURRAY,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GATE PETROLEUM OF NEVADA, LLC AND DOES I-X,<br><br>Defendants. | Case No.: 3:19-cv-00399-LRH-WGC<br><br>**SUBSITUTION OF COUNSEL** |

COMES NOW, Patrick Murray ("Plaintiff") and hereby substitutes CHRISTOPHER P. BURKE, 702 Plumas Street, Reno, Nevada 89509, (775) 333-9277, as attorney of record in place and stead of MARK MAUSERT.

DATED: 12-2-19

_____
Plaintiff Signature

DATED: 12/2/19

_____
Signature of Present Attorney

//

//

//

I am duly admitted to practice in this District.

SUBSITUTION OF COUNSEL - 1

1 | Above substitution accepted. Plaintiff retained.
2 | DATED: 12/19/19          _____
3 |                          Signature of New Attorney

APPROVED:

DATED: December 30, 2019

_____
William G. Cobb
UNITED STATES MAGISTRATE JUDGE

SUBSITUTION OF COUNSEL - 2