**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK MURRAY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN GATE PETROLEUM OF NEVADA, LLC AND DOES I-X,<br><br>　　　　　Defendants. | Case No.: 3:19-cv-00399-LRH-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Patrick Murray ("Plaintiff") and Defendant Golden Gate Petroleum of Nevada, LLC ("Defendant"), by and through their respective undersigned counsel, hereby stipulate that all claims Plaintiff had, or may have had, against Defendant that are contained herein, reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed with prejudice in their entirety.

. . .

. . .

. . .

Each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 12th day of February, 2020. | Dated this 13th day of February, 2020. |
| CHRIS P. BURKE & ASSOCIATES | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Christopher P. Burke* <br> Christopher P. Burke <br> Nevada Bar No. 4093 <br> 702 Plumas Street <br> Reno, NV 89509 <br> Telephone: 775.333.9277 <br> *Attorney for Plaintiff Patrick Murray* | */s/ Molly M. Rezac* <br> Molly M. Rezac <br> Nevada Bar No. 7435 <br> 50 West Liberty Street <br> Suite 920 <br> Reno, NV 89501 <br> Telephone: 775.440.2372 <br> *Attorney for Defendant Golden Gate Petroleum of Nevada, LLC* |

## ORDER

IT IS SO ORDERED.

DATED this 14th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE